

**FILED**
9/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
GMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | Violations: Title 21, United States Code, Sections 841(a)(1) and 846 |
| FREDDY GALINDO | |

**1:24-CR-515**
**Judge April M. Perry**
**Magistrate Judge Jeffrey T. Gilbert**
**RANDOM / Cat. 3**

### COUNT ONE

The SPECIAL JUNE 2024 GRAND JURY charges:

Beginning no later than on or about April 18, 2022, and continuing until on or about April 28, 2022, at Addison, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDDY GALINDO,

defendant herein, did conspire with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about April 28, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

FREDDY GALINDO,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
UNITED STATES ATTORNEY